IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DUANE D. CLARK,**
**PAMELA B. CLARK, and**
**JEAN D. BARNETT**

      **Plaintiff,**                    CASE NO: 3:24-cv-00300-MCR-HTC

**v.**

**TODD STEPHENS**
**d/b/a DALTON WHOLESALE,**
      **Defendants.**
_____/

### **DUANE D. CLARK, PAMELA B. CLARK AND JEAN D. BARNETT'S MOTION TO REMAND**

COME NOW, Plaintiffs, DUANE D. CLARK, PAMELA B. CLARK, AND JEAN D. BARNETT (hereinafter "Plaintiff"), by and through undersigned counsel, and files their Motion To Remand, as follows:

### **Introduction**

Plaintiff filed the Complaint on June 4, 2024 in the Circuit Court In And For Okaloosa County, Florida. Defendant filed his Notice of Removal and Motion to Dismiss or in the Alternative for a More Definitive Statement [Doc. 2] on June 27, 2024.

Plaintiff filed its Motion to Amend [Doc. 8] to include Dalton Wholesale Floors of Gordon County, Inc. as well as Angel's Flooring

1

Service, Inc. Assuming this Court grants Plaintiffs' Motion to Amend the Complaint, the adding of Dalton Wholesale Floors of Gordon County, Inc. and Angel's Flooring Service, Inc., both Florida entities, there will be a lack of diversity between the parties and therefore this Court lacks jurisdiction.

## Memorandum of Law

1. Because there is not complete diversity of citizenship between Plaintiffs and Defendants in this action, this Court lacks subject-matter jurisdiction and the case must be remanded to state court. *See* 28 U.S.C. § 1332.

2. Plaintiffs have asserted valid claims against Defendants Dalton Wholesale Floors of Gordon County, Inc. and Angel's Flooring Service, Inc..

3. Defendants Dalton Wholesale Floors of Gordon County, Inc. and Angel's Flooring Service, Inc. have not been "fraudulently joined" as Defendants in this case.

WHEREFORE, Plaintiffs request this Court remand this case to the Circuit Court In and For Okaloosa, County, Florida.

/s/ *DeWitt D. Clark*
DEWITT D. CLARK
Florida Bar No.: 0121798
dclark@asglegal.com
ANCHORS SMITH GRIMSLEY, PLC
909 Mar Walt Dr., Suite 1014
Fort Walton Beach, Florida 32547

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I CERTIFY that this motion contains 236 words, exclusive of the case style, signature block and certificates of compliance/service.

/s/ *DeWitt D. Clark*
DEWITT D. CLARK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a copy of the Notice of Electronic Filing to the following: **Jezabel P. Lima, Ellen Patterson, Peter J. Sitaras, jl@lklsg.com, acd@lklsgcom, ep@lklsg.com, ph@lklsg.com, pjs@lklsg.com and acd@lklsg.com**.

/s/ *DeWitt D. Clark*
DEWITT D. CLARK

3